IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS LEE HOHOL,

    Petitioner,

v.

Warden MICHAEL DITTMAN
and Judge J. MAC DAVIS,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-38-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petition of Dennis Lee Hohol for a writ of habeas corpus is dismissed for lack of jurisdiction.

_Peter Oppeneer_      2/15/11

Peter Oppeneer, Clerk of Court      Date